# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2210 | **DATE** | 6/2/2008 |
| **CASE TITLE** | Robin D. Caston vs. Astrue | | |

**DOCKET ENTRY TEXT**

Plaintiff, Robin D. Castron's application for leave to proceed without prepayment of fees (4) is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|